IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | |
|---|---|
| IN RE | BANKRUPTCY NO. 14-23642-JFS |
| KEVIN WHEELER<br>DEBTOR(S) | CHAPTER 13 |

## OBJECTION TO CONFIRMATION OF PLAN

M&T Bank, a secured creditor, by its attorney, Brian McNair, files this Objection to Confirmation of Plan and states:

1. That M&T Bank is the holder of a note secured by a Deed of Trust/Mortgage on the property known as 1713 Rosedale Street and 2209 Clifton Avenue, Baltimore, MD 21216 which is owned by the Debtor(s).

2. The plan does not provide for the full payment of the arrearages of $28,985.35. The plan provides for $1,380.00.

WHEREFORE, M&T Bank requests this Honorable Court deny confirmation of the Plan as filed by the Debtor(s).

/s/ Brian McNair

Brian McNair
Bar Number 25270
Alba Law Group, P.A.
11350 McCormick Road
Executive Plaza III, Suite 200
Hunt Valley, MD 21031
(443) 541-8600
Attorney for Movant

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 27th day of October, 2014, a copy of the foregoing Objection to Confirmation of Plan has been served upon the following parties in interest, via either electronic mail or first class mail postage prepaid:

Kevin Wheeler
2107 Clifton Avenue
Baltimore, MD 21217

Nancy Spencer Grigsby
4201 Mitchellville Road
Suite 401
Bowie, MD 20716
grigsbyecf@ch13md.com

                                                   /s/  Brian McNair
                                                 Brian McNair
                                                 bankruptcy@albalawgroup.com