# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF MARYLAND
### (Northern Division)

In re:   Kevin R. Wheeler        )
                                          )    Case No.: 14-23642 JS
                                          )    Chapter 13

## NOTICE OF COMPLIANCE

Notice be and is hereby given that on this 25th day of November, 2014, I did forward pay advices and a copy of Federal tax return transcripts as required pursuant to §521 of Title 11 U.S.C. and Administrative Order 05-04 to the Chapter 13 Trustee herein.

                                        Respectfully submitted,

                                        **BRENNAN McCARTHY & ASSOCIATES**
                                        **1116** West Street, Suite C
                                        Annapolis, Maryland 21401
                                        Tel:  (443) 294-1083
                                        Fax:  (443) 200-6135
                                        bmccarthy@brennanmccarthy.com


By:  _____/s/_____
             Brennan C. McCarthy, Esquire
             *Fed. Bar No.: 26518*

[1]

[2]

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 25th day of November, 2014, a copy of the foregoing, with Attachments, was served via CM/ECF electronic service, or by United States, First-Class Mail, postage pre-paid, to the following individuals and entities as indicated below:

Via Notice of Electronic Filing – CM/ECF System:

Nancy L. Grisbee
Chapter 13 Trustee
4201 Mitchelville Road
Suite 401
Bowie, Maryland 20716

Via United States, First-Class Mail, postage pre-paid:

(Creditor Matrix)

By: _____/s/_____
Brennan C. McCarthy, Esquire
*Fed. Bar No.: 26518*

[2]